**95–577.** State ex rel. Daily v. Swift. In Mandamus and Prohibition. This cause originated in this court upon the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the relator's application for temporary restraining order and preliminary injunction,

IT IS ORDERED by the court that the application for temporary restraining order and preliminary injunction be, and hereby is, denied, effective April 4, 1995.

DOUGLAS, J., concurs and would also dismiss the cause.

PFEIFER, J., concurs and would deny further relief.

WRIGHT, J., would grant a stay.

RESNICK, J., would deny the application, but grant a stay of the underlying action.

*Wednesday, April 12, 1995*

## MERIT DOCKET

**90–291.** State v. Durr. *Cuyahoga County,* No. 57140. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied on authority of *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**91–1498.** State v. Dever. *Hamilton County,* No. C–880712. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied on authority of *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2585.** In re Liccardi. In Habeas Corpus. Petition denied as meritless.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would dismiss the cause.

**94–2643.** Hendricks v. State. In Habeas Corpus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., would deny the petition as meritless.

**95–57.** Harris v. Edwards. In Habeas Corpus. Petition denied as meritless.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would dismiss the cause.

**95–129.** Perotti v. Collins. In Habeas Corpus. Petition denied as meritless.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would dismiss the cause.

**95–157.** State ex rel. Bernard v. State. In Habeas Corpus. Petition denied as meritless.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would dismiss the cause.

**95–410.** Evegan v. Cissell. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–416.** State ex rel. Moss v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–419.** Turner v. Wilkinson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–445.** State ex rel. Sealy v. Brown. In Mandamus and Prohibition. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.